PER CURIAM.
Affirmed. Ashley v. Ocean Roc Motel, Inc., 518 So.2d 943 (Fla. 3d DCA 1987), review denied, 528 So.2d 1181 (Fla.1988); San Martin v. Dadeland Dodge, Inc., 508 So.2d 497 (Fla. 3d DCA 1987); Perez v. National Presto Industries, Inc., 431 So.2d 667 (Fla. 3d DCA 1983); Savage v. Jacobsen Manufacturing Company, 396 So.2d 731 (Fla. 2d DCA 1981); Wickham v. Baltimore Copper Paint Company, 327 So.2d 826 (Fla. 3d DCA 1976); Brown v. Montgomery Ward & Company, 252 So.2d 817 (Fla. 1st DCA 1971); Paul v. Ranter, 155 So.2d 402 (Fla. 3d DCA 1963); Bardee Corporation v. Arnold Altex Aluminum Co., 134 So.2d 268 (Fla. 3d DCA 1961).